UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV 12 AM 8: 44

OFFICE OF THE CLERK

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>LOY OLSON,<br><br>           Defendant. | CASE NO. 8:10-cv-00422<br><br>**STIPULATED PRELIMINARY INJUNCTION AND STAY OF PROCEEDINGS** |

This matter is before the Court on Plaintiff Wells Fargo Advisors, LLC ("Wells Fargo") and Defendant Loy Olson ("Olson")'s Joint Motion for Stipulated Preliminary Injunction and Stay of Proceedings (Filing No. 24). Plaintiff Wells Fargo filed suit against Olson on October 28, 2010 alleging several claims including a claim for injunctive relief, and sought both a Temporary Restraining Order and a Preliminary Injunction. Defendant Olson opposed the Temporary Restraining Order and the request for Preliminary Injunction. This Court, following notice and a hearing on November 1, 2010, entered its Temporary Restraining Order on November 2, 2010 (Filing No. 15). Plaintiff Wells Fargo tendered a bond in the amount of $1,000 pursuant to the terms of the Court's Temporary Restraining Order. The Court's Temporary Restraining Order is set to expire on November 12, 2010 to coincide with the Court's hearing on Plaintiff Wells Fargo's request for a Preliminary Injunction. All parties are currently before the Financial Industry Regulatory Authority ("FINRA") in a mandatory arbitration proceeding.

The parties now move to cancel the Court's hearing and for the entry of this Order to preserve the status quo while they proceed with their case before FINRA. The Court, being

advised of the matters herein, grants the parties' Joint Motion for Stipulated Preliminary Injunction and Stay of Proceedings. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion for Stipulated Preliminary Injunction and Stay of Proceedings is granted;

2. Olson, and those in active concert or participation with him, are immediately enjoined from obtaining Confidential Information concerning Wells Fargo's clients without the specific client's written authorization;

3. Olson shall provide a copy of any written authorization to Wells Fargo prior to obtaining any Confidential Information;

4. "Confidential Information" means any trade secrets or non-public information concerning Wells Fargo's customers, methods, promotions, advertising or other methods of operation; "Confidential Information" does not include information to which Olson is authorized to access from Wells Fargo pursuant to the Protocol for Broker Recruiting;

5. With respect to any Confidential Information Olson possesses, Olson shall preserve all hard copies, electronically stored information, diskettes, compact discs, and electronic storage devices in his possession, custody, and control;

6. Olson, and those in active concert or participation with him, are immediately enjoined from utilizing any Confidential Information, except for the Confidential Information obtained pursuant to Sections 2 & 3 of this Order. Any such wrongfully obtained Confidential Information must be immediately returned to Wells Fargo;

7. The $1,000 bond shall remain in place as security for this Stipulated Preliminary Injunction;

8. Defendant Loy Olson's Emergency Motion to Compel Arbitration, Stay Proceedings and for Sanctions (Filing No. 17) is hereby withdrawn, without prejudice, and Defendant reserves the right to pursue such relief before FINRA;

9. The hearing currently set for November 12, 2010 is hereby cancelled;

10. Any further disputes other than enforcement of the terms of this Order shall proceed at FINRA pursuant to the FINRA Code of Arbitration Procedure; and in all other respects, this case is stayed pending further order of the Court.

Dated this 12th day of November, 2010.

BY THE COURT:

LYLE E. STROM, Senior Judge
United States District Court

pproved as to form and content by:

WELLS FARGO ADVISORS, LLC,
Plaintiff
By: s/ Joshua C. Dickinson
    Joshua C. Dickinson, Bar Number 23700
    Spencer Fane Britt & Browne LLP
    Attorneys for Plaintiff
    9420 Underwood Avenue, Suite 200
    Omaha, NE 68114
    Telephone: (402) 965-8600
    Facsimile: (402) 965-8601
    E-Mail: jdickinson@spencerfane.com

LOY OLSON, Defendant

By: s/ Robert E. O'Connor, Jr.
    Robert E. O'Connor, Jr. #13113
    Attorney for Defendant
    2433 South 130th Circle
    Omaha, NE 68144
    Telephone: (402) 330-5906
    Facsimile: (402) 330-9763
    E-Mail: reolaw@aol.com