## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEBRASKA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LOY OLSON,<br><br>　　　　　　　Defendant. | CASE NO. 8:10CV00422<br><br>**CONSENT ORDER AND STIPULATED INJUNCTION** |

Pursuant to the parties' stipulation and agreement and for good cause shown:

IT IS HEREBY ORDERED that the November 12, 2010 Stipulated Preliminary Injunction and Stay of Proceedings entered in the above-captioned matter shall remain in full force and effect until June 30, 2011, at which time the above captioned matter, including all claims asserted by either party will be dismissed with prejudice, with each party to bear its own costs and fees.

The Bond posted by Plaintiff will remain in place until June 30, 2011 at which time it will be released and the Clerk will return the cash bond to Plaintiff.

Dated:  February 24, 2011.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Lyle E. Strom

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lyle E. Strom, Senior Judge
　　　　　　　　　　　　　　　　　　United States District Court

SPENCER FANE BRITT & BROWNE LLP

By: s/ Joshua C. Dickinson
    Joshua C. Dickinson
    Attorneys for Plaintiff
    Wells Fargo Advisors, LLC

LAW OFFICES OF ROBERT E. O'CONNOR
By: s/ Robert E. O'Connor Jr.
    Robert E. O'Connor, Jr.
    Attorney for Defendant
    Loy Olson