IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV422 |
| | ) | |
| v. | ) | |
| | ) | |
| LOY OLSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Pursuant to the consent order and stipulated injunction (Filing No. 27),

IT IS ORDERED that this action, including all claims asserted by either party, is dismissed with prejudice.

DATED this 8th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court